IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL CHESSHIR; and
JENNIFER CHESSHIR                                                                                   PLAINTIFFS

v.                                            Case No. 4:14-cv-04140

LAJOIE VENTURES, L.P. d/b/a
HERITAGE HARDWOOD FLOORS;
BRADLEY TAYLOR d/b/a TAYLOR &
TAYLOR DEVELOPMENT, LLC;
MOLLY TAYLOR d/b/a TAYLOR &
TAYLOR DEVELOPMENT, LLC;
JANELLE WHITE d/b/a TAYLOR &
TAYLOR DEVELOPMENT, LLC;
TAYLOR & TAYLOR DEVELOPMENT,
LLC; BRADLEY TAYLOR; MOLLY
TAYLOR; and JANELLE WHITE                                                                       DEFENDANTS

## ORDER

Before the Court is the Parties' Agreed Motion to Dismiss. (ECF No. 31). Michael Chesshir and Jennifer Chesshir have resolved their dispute with Defendant Lajoie Ventures L.P. d/b/a Heritage Hardwood Floors (Lajoie) and ask the Court to dismiss Lajoie from this action. The stipulation is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff and Defendant shall each bear their own filing fees, costs, attorney fees, and expenses in relation to the motions herein.

Accordingly, all claims against Defendant Lajoie Ventures L.P. d/b/a Heritage Hardwood Floors are hereby **DISMISSED WITH PREJUDICE**. The case shall proceed against the remaining defendants, Bradley Taylor d/b/a Taylor & Taylor Development, LLC; Molly Taylor d/b/a Taylor & Taylor Development, LLC; Janelle White d/b/a Taylor & Taylor Development, LLC; Taylor & taylor Development, LLC; Bradley Taylor; Molly Taylor; and Janelle White.

**IT IS SO ORDERED**, this 9th day of December, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge